GORMAN, NAIM AND MUSA, M.D., P. C., et al., Appellants, v ABJ FIRE PROTECTION, INC., Respondent and Third-

Party Plaintiff-Respondent. A. ZABORNY CO., INC., et al., Third-Party Defendants-Respondents; DIAGNOSTIC THERAPEUTIC ASSOCIATES, Third-Party Defendant-Appellant. (Action No. 1.) NORSTAR BANK OF UPSTATE NEW YORK et al., Plaintiffs, v NIAGARA MOHAWK POWER CORPORATION et al., Respondents, and DIAGNOSTIC THERAPEUTIC ASSOCIATES, Appellant. A. ZABORNY CO., INC., et al., Third-Party Plaintiffs, v GORMAN, NAIM AND MUSA, M.D., P. C., et al., Third-Party Defendants-Appellants. (Action No. 2.) (Appeal No. 1.) [601 NYS2d 883] —Order unanimously affirmed with costs. Memorandum: Supreme Court's order directing a deposition of plaintiffs'-third-party defendants' expert limited to his factual observations was not an abuse of discretion under the special circumstances existing here *(see,* CPLR 3101 [d] [1] [iii]; *Rosario v General Motors Corp.,* 148 AD2d 108; *Morrison v Ellis,* 91 AD2d 1172; *see also, Krygier v Airweld, Inc.,* 176 AD2d 700). (Appeal from Order of Supreme Court, Onondaga County, Reagan, J.— Protective Order.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.